

| WINDELS MARX | Windels Marx Lane & Mittendorf, LLP | windelsmarx.com |

John H. Keneally
212.237.1231
jkeneally@windelsmarx.com

156 West 56th Street | New York, NY 10019
T. 212.237.1000 | F. 212.262.1215

March 18, 2020

**Via ECF**

Hon. P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 11D
New York, New York 10007

Conference Adjourned
From: March 23
To: May 1 at 11:48
SO ORDERED:
P. KEVIN CASTEL, U.S.D.J.
Date: 3-18-20

Re: *Verragio, Ltd. V. H.J. Namdar Diamonds*
    **19-cv-11388(PKC)**

Dear Judge Castel:

This firm represents plaintiff, Verragio, Ltd., in the above-referenced matter. I write in connection with the Initial Conference scheduled for March 23, 2020 at 12:00 p.m. I respectfully request an adjournment of the conference. This is the third request for an adjournment. This adjournment is requested because on Sunday, March 15, 2020, lead counsel for Verragio, Ltd. was informed that he tested positive for COVID-19. Given counsel's current medical condition he will be unable to participate in the conference. As a result, I respectfully request that the conference be rescheduled for Monday, April 6, 2020 at 12:00 p.m. Defendant's counsel consents to this request.

Thank you for Your Honor's attention to this matter.

Very truly yours,

/s/ John H. Keneally
John H. Keneally

cc: Jonathan J. Ross, Esq. (via ECF)
    Howard Kroll, Esq. (via Email)

{11795100;1}